UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| JOHN DOE, | Case No. 1:24-cv-01535-AS |
| Plaintiff, | **ORDER TO FILE CIVIL CASE UNDER A PSEUDONYM** |
| -against- | |
| HOFSTRA UNIVERSITY HEALTH & WELFARE PLAN, | |
| Defendant. | |

------------------------------------------------------------------X

Pursuant to Order to File Civil Case Under a Pseudonym issued by Hon. Jesse M. Furman, U.S.D.J, in Docket No. 24-MC-0088 (JMF) (Dkt. No. 3), Plaintiff moved *ex parte*, for a renewed motion to file a new civil case under a pseudonym. The Court having reviewed the application and having found sufficient cause, it is hereby ORDERED that Plaintiff may proceed with this case under the pseudonym "John Doe" and his minor child may be referenced using the initials "R.B." The parties are ordered to adhere to these pseudonyms in all court filings. Defendant is permitted to challenge this order when it appears in this case.

Dated: New York, New York
       March 14, 2024         SO ORDERED:  _____
                                           United States District Judge