UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOHN DOE,                                          Case No. 1:24-cv-01535-AS

                        Plaintiff,                 **ORDER TO  FILE CIVIL
                                                   CASE UNDER A**
            -against-                              **PSEUDONYM**


HOFSTRA UNIVERSITY HEALTH &
WELFARE PLAN,

                                   Defendant.

                    ----------------------------------------------------------------X

        Pursuant to Order to File Civil Case Under a Pseudonym issued by Hon. Jesse M.

Furman, U.S.D.J, in Docket No. 24-MC-0088 (JMF) (Dkt. No. 3),Plaintiff moved *ex parte*, for a

renewed motion to file a new civil case under a pseudonym, and the Court having reviewed the

application and having found sufficient cause, it is hereby ORDERED that Plaintiff may file

this case under the pseudonym "John Doe" and his minor child may be referenced using the

initials "R.B." The parties are ordered to adhere to these pseudonyms in all court filings.

Defendant is permitted to challenge this order when it appears in this case.


Dated: March 21, 2024
        New York New York           SO ORDERED:
                                                   _____
                                                   United States District Judge